# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**COURTNEY B. DUNSTON**  
**# 00738511**                                                                     PLAINTIFF

v.                          No. 3:25-cv-6-DPM

**JASMINE SANCHEZ**, Compliance Sgt.,
Greene County Detention Center;
**JACOB WHITE**, Jail Administrator,
Greene County Detention Center;
**SHEILA ROBERTSON**, Retired Jail
Administrator, Greene County Detention
Center; **CODY HOWE**, Compliance Officer,
Greene County Detention Center; and
**GREENE COUNTY DETENTION CENTER**                                               DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 11*, and overrules Dunston's objections, *Doc. 12*. Fed. R. Civ. P. 72(b)(3). Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

26 June 2025