# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**COURTNEY B. DUNSTON**  
**# 00738511**                                                                                    **PLAINTIFF**

v.                          No. 3:25-cv-6-DPM

JASMINE SANCHEZ, Compliance Sgt.,
Greene County Detention Center;
JACOB WHITE, Jail Administrator,
Greene County Detention Center;
SHEILA ROBERTSON, Retired Jail
Administrator, Greene County Detention
Center; CODY HOWE, Compliance Officer,
Greene County Detention Center; and
**GREENE COUNTY DETENTION CENTER**                    **DEFENDANTS**

## JUDGMENT

Dunston's complaint is dismissed without prejudice.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

26 June 2025